B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Teitelbaum, Bruce J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**561 Brierhill Road**<br>**Deerfield, IL**<br>ZIP Code **60015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Teitelbaum, Bruce J.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td colspan="2"><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td colspan="2">(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Teitelbaum, Bruce J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce J. Teitelbaum**
Signature of Debtor **Bruce J. Teitelbaum**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 30, 2010**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

_____
Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**April 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Bruce J. Teitelbaum**                                        Case No.

_____   _____
                                    Debtor(s)      Chapter      **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bruce J. Teitelbaum**
                        **Bruce J. Teitelbaum**

Date:    **April 30, 2010**

B6D (Official Form 6D) (12/07)

In re  **Bruce J. Teitelbaum**                                                                 Case No. _____
                                                              ,
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Membership Interest in 2323 Golf Road Partners, LLC | | | | | |
| Douglas A. Colby 2031 Sheridan Road Buffalo Grove, IL 60089 | X | - | | | | | | | | |
| | | | | | Value $            **Unknown** | | | | **400,000.00** | **Unknown** |
| Account No. | | | | | Membership Interest in 2323 Golf Road, LLC | | | | | |
| Edward Colby 50 Lake Boulevard Buffalo Grove, IL 60089 | X | - | | | | | | | | |
| | | | | | Value $            **Unknown** | | | | **100,000.00** | **Unknown** |
| Account No. | | | | | 2007 Jeep Cherokee | | | | | |
| GMAC P.O. Box 9001951 Louisville, KY 40290-1951 | | - | | | | | | | | |
| | | | | | Value $            **19,000.00** | | | | **19,000.00** | **0.00** |
| Account No. | | | | | 2006 Porsche Cayenne (approximately) | | | | | |
| Porsche Financial 4343 Commerce Court Lisle, IL 60532-3616 | | - | | | | | | | | |
| | | | | | Value $            **40,000.00** | | | | **40,000.00** | **0.00** |

_  **0**  _ continuation sheets attached

| | Subtotal (Total of this page) | 559,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 559,000.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re __Bruce J. Teitelbaum_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Bruce J. Teitelbaum**                                                    , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| **Account No.** | | | | | | | | | |
| **10380 W. Silver Springs (Milwaukee)** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **11824 S.W. Highway (Palos Heights),** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | | - | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **1203-1227 W. Maple** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **1409-15 East 71st Place, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | | X | **Unknown** |
| __40__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:23645-100329    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1450 Partners, LLC** 400 Skokie Blvd. Suite 405 Northbrook, IL 60062 | - | | | | | X | **Unknown** |
| Account No. **1510 Garfield, LLC** 1141-J Lake Cook Road Deerfield, IL 60015 | - | | | | | X | **Unknown** |
| Account No. **1856 Sawyer, LLC** 1141-J Lake Cook Road Deerfield, IL 60015 | - | | | | | X | **Unknown** |
| Account No. **1950 West Devon, LLC** 6160 N. Cicero Chicago, IL 60646 | - | | | | | X | **Unknown** |
| Account No. **21141 Governors Highway** One Trans Am Plaza Oakbrook Terrace, IL 60181 | - | | | | | | **Unknown** |

Sheet no. **1** of **40** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                          ,          Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **215 Huffman, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **2323 Golf Road, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **240-260 Army Trail Road** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **3500 W. Grand (Chicago), LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **444 Wabash** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | - | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __2__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Bruce J. Teitelbaum**_____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **5100 205th St., LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **5400 Lovers Lane, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **5840 S. King Drive, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **6350 North Hoyne, LLC** **6160 N. Cicero** **Chicago, IL 60646** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **6400 North Ridge, LLC** **6160 N. Cicero** **Chicago, IL 60646** | - | | | | | | X | **Unknown** |

Sheet no. __**3**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **6551 S. Ingleside, LLC 1141-J Lake Cook Road Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **7609 S. Essex, LLC 1141-J Lake Cook Road Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **956 N. Neltnor (West Chicago), LLC 1141-J Lake Cook Road Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | Line of Credit | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | - | | | | | | | **530,000.00** |
| Account No. | | | | Demand Note | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | - | | | | | | | **375,813.00** |

Sheet no. __4___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **905,813.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                    ,                Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Albany Bank & Trust** <br> **3400 West Lawrence Avenue** <br> **Chicago, IL 60625** | | - | | **Demand Note** | | | | 160,130.00 |
| Account No. <br><br> **Albany Bank & Trust** <br> **3400 West Lawrence Avenue** <br> **Chicago, IL 60625** | X | - | | **Installment Note** | | | | 2,450,000.00 |
| Account No. <br><br> **Albany Bank & Trust** <br> **3400 West Lawrence Avenue** <br> **Chicago, IL 60625** | X | - | | **Installment Note** | | | | 1,800,000.00 |
| Account No. <br><br> **Albany Bank & Trust** <br> **3400 West Lawrence Avenue** <br> **Chicago, IL 60625** | X | - | | **Installment Note** | | | | 1,650,000.00 |
| Account No. <br><br> **Albany Bank & Trust** <br> **3400 West Lawrence Avenue** <br> **Chicago, IL 60625** | X | - | | **Installent Note** | | | | 2,685,000.00 |

Sheet no. __5__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,745,130.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**_____,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | X | - | | | | | | 0.00 |
| Account No. | | | | Installment Note | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | X | - | | | | | | 1,000,000.00 |
| Account No. | | | | Installment Note | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | X | - | | | | | | 858,852.00 |
| Account No. | | | | Installment Note | | | | |
| **Albany Bank & Trust 3400 West Lawrence Avenue Chicago, IL 60625** | X | - | | | | | | 1,072,000.00 |
| Account No. | | | | | | | | |
| **Alva Milowitz #3 Wildwood Drive Tarrytown, NY 10591** | | - | | | | | | 175,000.00 |

Sheet no. __6__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,105,852.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x1006** | | | | | | | | |
| **American Express** **P.O. Box 247018** **Omaha, NE 68124** | - | | | | | | | **2,000.00** |
| Account No. | | | | | | | | |
| **Arlington Atrium, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **B.T. Holdings II (Delaware), LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **B.T. Holdings, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **B.T. Riley (East Chicago), LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |

Sheet no. __7___ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                          ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>**Bank Financial FSB**<br>**15W060 N. Frontage Road**<br>**Burr Ridge, IL 60527** | | - | | **Promissory Note** | | | | 389,250.00 |
| Account No.  <br><br>**Bank of America**<br>**135 S. LaSalle Street**<br>**Chicago, IL 60603** | X | - | | **Promissory Note** | | | | 1,663,841.00 |
| Account No.  <br><br>**Bank of America**<br>**135 S. LaSalle Street**<br>**Chicago, IL 60603** | X | - | | **Promissory Note** | | | | 219,000.00 |
| Account No.  <br><br>**Bank of America**<br>**135 S. LaSalle Street**<br>**Chicago, IL 60603** | X | - | | **Promissory Note** | | | | 7,150,000.00 |
| Account No.  <br><br>**Bank of America**<br>**135 S. LaSalle Street**<br>**Chicago, IL 60603** | X | - | | **Promissory Note** | | | | 3,921,000.00 |

Sheet no. __8__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,343,091.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                                  ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Agreement | | | | |
| **Belmont Bank & Trust** **8250 W. Belmont Avenue** **Chicago, IL 60634** | - | | | | | | | 164,927.00 |
| Account No. **xxxxxx7699`** | | | | | | | | |
| **BP** **P.O. Box 70887** **Charlotte, NC 28272** | - | | | | | | | 131.00 |
| Account No. | | | | | | | | |
| **BTSL Holdings, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **Burleigh (Milwaukee), LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | Unknown |
| Account No. **xxxxx5780** | | | | | | | | |
| **Chase (Mortgage)** **P.O. Box 15153** **Wilmington, DE 19886** | - | | | | | | | 1,979,546.00 |

Sheet no. __9___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 2,144,604.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum** ,                                    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxx5310** | | | | | | | | |
| Chase Perfect Card P.O. Box 15153 Wilmington, DE 19886 | - | | | | | | | **3,420.00** |
| Account No. **xxxx-xxxx-xxxx-4440** | | | | | | | | |
| Chase Southwest Cardmember Service P.O. Box 15153 Wilmington, DE 19886 | - | | | | | | | **3,295.00** |
| Account No. **xxxxxxxxxxxx8250** | | | | | | | | |
| Chase Southwest Rapid Rewards, Chase Travel Plus P.O. Box 15153 Wilmington, DE 19886 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Circle Cross 1 & 2 Funding, LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Circle Cross 1 & 2 Joint Venture, L 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |

Sheet no. __10__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,715.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Promissory Note | | | | |
| Craig Yale 1141-J Lake Cook Road Deerfield, IL 60015 | X | - | | | | | | 172,757.00 |
| Account No. | | | | | | | | |
| Crapshooter, LLC 1141-J Lake Cook Road Deerfield, IL 60015 | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Daniel G. Dvorkin One Trans Am Plaza Suite 120 Oakbrook Terrace, IL 60181 | | - | | | | | X | Unknown |
| Account No. | | | | Promissory Note | | | | |
| Daniel Hyman 732 Bronson Highland Park, IL 60035 | | - | | | | | | 275,181.00 |
| Account No. | | | | Promissory Note | | | | |
| Daniel Hyman 732 Bronson Highland Park, IL 60035 | | - | | | | | | 400,000.00 |

Sheet no. __11__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          847,938.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                    ,        Case No. _____
                                         **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Daniel J. Hyman** **c/o Milennium Properties** **20 S. Clark Street, #630** **Chicago, IL 60603** | | - | | | | | | 300,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **David Hurwith** **121 Thayer Hill Road** **Worthington, MA 01098** | X | - | | | | | | 200,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **David Springer** **1335 South Prairie, Suite 1806** **Chicago, IL 60605** | X | - | | | | | X | 100,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **Deerfield Funding Corpration** **104 Wilmot Road, JS#1420** **Deerfield, IL 60015** | X | - | | | | | | 8,600,000.00 |
| Account No. | | | | | | | | |
| **Douglas A. Colby** **2031 Sheridan Road** **Buffalo Grove, IL 60089** | | - | | | | | | 400,000.00 |

Sheet no. __12__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,600,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                             ,      Case No. _____

                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Promissory Note | | | | |
| Douglas Colby 2031 Sheridan Road Buffalo Grove, IL 60089 | | - | | | | | 100,000.00 |
| Account No. | | | | | | | |
| Drake Guarantee 1141-J Lake Cook Road Deerfield, IL 60015 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| DTE Venture, LLC One Trans Am Plaza Suite 120 Oakbrook Terrace, IL 60181 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Edward Colby 50 Lake Boulevard Buffalo Grove, IL 60089 | | - | | | | | 100,000.00 |
| Account No. | | | Promissory Note | | | | |
| Edyth Shapiro Trust dtd 2-6-1997 965 Villas Court Highland Park, IL 60035 | | - | | | | | 80,000.00 |

Sheet no.  __13__ of  __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      280,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Edythe Shapiro Trust 965 Villas Court Highland Park, IL 60035 | | - | | | | | 231,828.00 |
| Account No. | | | Promissory Note | | | | |
| Edythe Shapiro Trust dtd 2-6-1997 965 Villas Court Highland Park, IL 60035 | | - | | | | | 199,720.00 |
| Account No. | | | Promissory Note | | | | |
| Edythe Shapiro Trust dtd 2-6-1997 965 Villas Court Highland Park, IL 60035 | X | - | | | | X | 150,000.00 |
| Account No. | | | | | | | |
| Elgin Davis II, LLC 10N916 Highland Trail Hampshire, IL 60140 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| FGMK 2801 Lakeside Dr. Third Floor Bannockburn, IL 60015 | | - | | | | | 162,000.00 |

Sheet no. __14__ of __40__ sheets attached to Schedule of          Subtotal          743,548.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                    ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Promissory Note | | | | |
| **Fifth Third Bank** **P.O. Box 740789** **Cincinnati, OH 45274-0789** | X | - | | | | | | | 5,000,000.00 |
| Account No. | | | | | Term Note | | | | |
| **Fifth Third Bank** **1701 W. Golf Road** **Rolling Meadows, IL 60068** | X | - | | | | | | | 1,348,000.00 |
| Account No. | | | | | Installment Note | | | | |
| **Founders Bank & Trust** **5200 Cascade Road SE** **Grand Rapids, MI 49546** | X | - | | | | | | | 1,000,000.00 |
| Account No. | | | | | | | | | |
| **Friends of the IDF** **29 East Madison, Suite 802** **Chicago, IL 60602** | | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Gribenes, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | | X | Unknown |

Sheet no. __15__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    7,348,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                    ,    Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | | | | X | |
| **Highland Lakes Office Building** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | | | | | | | | **Unknown** |
| Account No. | | - | Line of Credit | | | | | |
| **Hinsbrook Bank** **718 Ogden Ave** **Downers Grove, IL 60515** | | | | | | | | **49,646.00** |
| Account No. **xxxxx9828** | | - | | | | | | |
| **Hinsdale Bank & Trust** **25 E. First St.** **Hinsdale, IL 60521** | | | | | | | | **23,000.00** |
| Account No. | | - | | | | | X | |
| **Hometown Center, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | | | | | | | **Unknown** |
| Account No. | X | - | Promissory Note | | | | | |
| **Hydan Investments Defined Ben. Plan** **20 S. Clark St., Suite 630** **Chicago, IL 60603** | | | | | | | | **150,000.00** |

Sheet no. __16__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**222,646.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum** _____,    Case No. _____
　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**I-V Harvard, LLC**<br>**1141-J Lake Cook Road**<br>**Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Ikon Financial Services**<br>**P.O. Box 650016**<br>**Dallas, TX 75265** | - | | | | | | | **12,500.00** |
| Account No.<br><br>**Ingeborg R. Lowenstein Rev. Trust**<br>**11 Burton Hills, Apt. N 210**<br>**Nashville, TN 37215** | - | | | Promissory Note | | | | **100,000.00** |
| Account No.<br><br>**Interra Petrosites (Series Wheeling**<br>**737 N. Michigan Ave.**<br>**Suite 1050**<br>**Chicago, IL 60610** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Interra Smith Enke & Maricopa, LLC**<br>**737 N. Michigan Ave.**<br>**Suite 1050**<br>**Chicago, IL 60610** | - | | | | | | X | **Unknown** |

Sheet no. __17__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **112,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Interra-Ventures, LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | X | Unknown |
| Account No. Interra-Vision (Baxter & 1-15 Wildo 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | X | Unknown |
| Account No. Interra-Vision (Bensenville, IL), L 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | X | Unknown |
| Account No. Interra-Vision (Calimesa & Myrtlewo 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | X | Unknown |
| Account No. Interra-Vision (Calimesa), LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | X | Unknown |

Sheet no. __18__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Interra-Vision (Cameron Park), LLC <br> 737 N. Michigan Ave. <br> Suite 1050 <br> Chicago, IL 60610** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Interra-Vision (Chandler, AZ), LLC <br> 737 N. Michigan Ave. <br> Suite 1050 <br> Chicago, IL 60610** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Interra-Vision (Cotton & Waddell), <br> 737 N. Michigan Ave. <br> Suite 1050 <br> Chicago, IL 60610** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Interra-Vision (Dinuba, CA), LLC <br> 737 N. Michigan Ave. <br> Suite 1050 <br> Chicago, IL 60610** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Interra-Vision (Grass Valley), LLC <br> 737 N. Michigan Ave. <br> Suite 1050 <br> Chicago, IL 60610** | - | | | | | X | **Unknown** |

Sheet no. __19__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                        ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Interra-Vision (Lake Elsinore, CA), 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Interra-Vision (Lansing), LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Interra-Vision (Lathrop, CA), LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Interra-Vision (Marion & Sierra, Ki 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Interra-Vision (Matteson, IL), LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610** | - | | | | | | X | **Unknown** |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Bruce J. Teitelbaum**                                    ,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Interra-Vision (Milwaukee & Armitag 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Interra-Vision (Murietta Hot Spring 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Interra-Vision (Rancho Mirage, CA), 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Interra-Vision (Santee), LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Interra-Vision (Santee-MG & Magnoli 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |

Sheet no. __21__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Interra-Vision (Sun Valley Parkway)** 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Interra-Vision (Susanville, CA), LL** 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Interra-Vision (Yorkville, IL), LLC** 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Interra-Vision Circle Cross 1 & 2,** 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Interra-Vision Circle Cross 1 (Pina** 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | | X | **Unknown** |

Sheet no. __22__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Bruce J. Teitelbaum_____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Interra-Vision Circle Cross 2 (Pina 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Interra-Vision Commercial, LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Interra-Vision Development, LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Interra-Vision El Camino & Del Paso 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Interra-Vision Fresno,  LLC 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | Unknown |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum** _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Interra-Vision Holdings, LLC (Vista 737 N. Michigan Ave. Suite 1050 Chicago, IL 60610 | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| Interra-Vision JVP, LLC 1141-J Lake Cook Road Deerfield, IL 60015 | - | | | | | | X | **Unknown** |
| Account No. | | | | Promissory Note | | | | |
| Isaac Israel 9405 Merrill Morton Grove, IL 60053 | - | | | | | | | **160,000.00** |
| Account No. | | | | | | | | |
| Jewish United Fund 30 South Wells Street Chicago, IL 60606-5056 | - | | | | | | | **Unknown** |
| Account No. | | | | Promissory Note | | | | |
| John H. Hurwith 3200 N. Lake Shore Drive, Suite 411 Chicago, IL 60657 | - | | | | | | | **200,000.00** |

Sheet no. __24__ of __40__ sheets attached to Schedule of          Subtotal          **360,000.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum**                                              , Case No. _____
                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Promissory Note | | | | |
| John H. Hurwith 3200 N. Lake Shore Drive, Suite 411 Chicago, IL 60657 | | - | | | | | | 50,000.00 |
| Account No. | | | | Promissory Note | | | | |
| John H. Hurwith 3200 N. Lake Shore Drive, Suite 411 Chicago, IL 60657 | X | - | | | | | | 300,000.00 |
| Account No. | | | | Promissory Note | | | | |
| John Hurwith Rev. Trust uta 2/4/05 3200 N. Lake Shore Drive, Suite 411 Chicago, IL 60657 | | - | | | | | | 112,000.00 |
| Account No. | | | | Second Mortgage | | | | |
| Johnson Bank 3512 W. Sherwood Drive Franklin, WI 53132 | X | - | | | | | | 300,000.00 |
| Account No. | | | | Promissory Note | | | | |
| Karyn Gitler 365 Blue Ash Buffalo Grove, IL 60089 | | - | | | | | | 70,000.00 |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

832,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                    , Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Promissory Note | | | | |
| Karyn Gitler 365 Blue Ash Buffalo Grove, IL 60089 | | - | | | | | | 100,000.00 |
| **Account No.** | | | | Promissory Note | | | | |
| Karyn Gitler 365 Blue Ash Buffalo Grove, IL 60089 | | - | | | | | | 50,000.00 |
| **Account No.** | | | | | | | | |
| Karyn Gitler 365 Blue Ash Buffalo Grove, IL 60089 | | - | | | | | | 35,000.00 |
| **Account No.** | | | | | | | | |
| Kenosha Road Crossing, LLC 1141-J Lake Cook Road Deerfield, IL 60015 | | - | | | | | X | Unknown |
| **Account No.** | | | | | | | | |
| Kensington Office Center One Trans Am Plaza Suite 120 Oakbrook Terrace, IL 60181 | | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __26__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 185,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lakeside Bank** <br> **55 W. Wacker Drive** <br> **Chicago, IL 60601** | | - | | | | | | Unknown |
| Account No. <br><br> **Lakeside Bank** <br> **55 W. Wacker Drive** <br> **Chicago, IL 60601** | X | - | | Promisory Note | | | | 1,600,000.00 |
| Account No. <br><br> **Lawrence K. Horberg Irrev. Ins. Tr** <br> **Debra W. Horberg, Trustee** <br> **9200 Keystone Avenue** <br> **Skokie, IL 60076** | | - | | Promissory Note | | | | 300,000.00 |
| Account No. <br><br> **Lawrence K. Horberg Rev. Ins. Trust** <br> **Debra Horberg** <br> **9200 Keystone Avenue** <br> **Skokie, IL 60076** | | - | | Promissory Note | | | | 100,000.00 |
| Account No. <br><br> **LDC, Inc.** <br> **1141-J Lake Cook Road** <br> **Deerfield, IL 60015** | | - | | | | | X | Unknown |

Sheet no. __27__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 2,000,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Levenfeld Pearlstein**<br>**2 N. LaSalle St.**<br>**Suite 1300**<br>**Chicago, IL 60602** | - | | | | | | | **12,000.00** |
| Account No. | | | | | | | | |
| **Lincoln Peterson Development Associ**<br>**1141-J Lake Cook Road**<br>**Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **LNR Portfolio, LLC**<br>**1141-J Lake Cook Road**<br>**Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | Promissory Note | | | | |
| **Lon and Karyn Gitler**<br>**365 Blue Ash**<br>**Buffalo Grove, IL 60089** | - | | | | | | | **80,000.00** |
| Account No. | | | | | | | | |
| **Lynwood Land Company, LLC**<br>**1141-J Lake Cook Road**<br>**Deerfield, IL 60015** | - | | | | | | X | **Unknown** |

Sheet no. __28__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **92,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                          ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Main Street Building** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mallards landing of Calendonia, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No. | | | | Promissory Note | | | | |
| **Mark Malen** **3910 N. Paulina** **Chicago, IL 60613** | - | | | | | | | **333,333.00** |
| Account No. | | | | | | | | |
| **Matteson, LLC** **One Trans Am Plaza** **Suite 120** **Oakbrook Terrace, IL 60181** | - | | | | | | X | **Unknown** |
| Account No. | | | | Line of Credit | | | | |
| **MB Financial** **PO Box 6261** **Chicago, IL 60681-6261** | - | | | | | | | **493,010.00** |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **826,343.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **McKay Tower, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mettawa Homes, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Promissory Note** | | | | |
| **Michael Bentcover** **410 Crabtree** **Arlington Heights, IL 60004** | - | | | | | | | |
| | | | | | | | | **25,000.00** |
| Account No. | | | | **Promissory Note** | | | | |
| **Michael Lee Freeman** **P.O. Box 6472** **Evanston, IL 60204** | - | | | | | | | |
| | | | | | | | | **333,333.00** |
| Account No. | | | | | | | | |
| **Michael Lee Freeman** **P.O. Box 6472** **Evanston, IL 60204** | - | | | | | | | |
| | | | | | | | | **100,000.00** |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**458,333.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Promissory Note | | | | |
| **Midfirst Bank** **3030 Camelback Road** **Phoenix, AZ** | X | - | | | | | | **4,585,000.00** |
| Account No. | | | | Promissory Note | | | | |
| **Midwest Bank & Trust Company** **1545 Ellinwood Avenue** **Des Plaines, IL 60016** | X | - | | | | | | **481,493.00** |
| Account No. | | | | | | | | |
| **Nine Ten Himan, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | X | **Unknown** |
| Account No. | | | | Line of Credit | | | | |
| **North Shore Community Bank** **1145 Wilmette Avenue** **Wilmette, IL 60091** | | - | | | | | | **220,000.00** |
| Account No. | | | | Promissory Note | | | | |
| **North Shore Community Bank** **1145 Wilmette Avenue** **Wilmette, IL 60091** | X | - | | | | | | **4,200,000.00** |

Sheet no. __31__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,486,493.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum** _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Promissory Note | | | | |
| **North Shore Community Bank 1145 Wilmette Avenue Wilmette, IL 60091** | X | - | | | | | | 2,500,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **North Shore Community Bank 1145 Wilmette Avenue Wilmette, IL 60091** | X | - | | | | | | 2,896,339.00 |
| Account No. | | | | Promissory Note | | | | |
| **North Shore Community Bank 1145 Wilmette Avenue Wilmette, IL 60091** | X | - | | | | | | 1,723,873.00 |
| Account No. | | | | | | | | |
| **Northgate Plaza (Aurora), LLC One Trans Am Plaza Suite 120 Oakbrook Terrace, IL 60181** | | - | | | | | X | Unknown |
| Account No. | | | | Promissory Note | | | | |
| **NorthSide Community Bank 205 W. Wacker Dr. 134 N. LaSalle St., Suite 2100 Chicago, IL 60606** | X | - | | | | | | 747,145.00 |

Sheet no. __32__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,867,357.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Oak Creek Oasis, LLC 1141-J Lake Cook Road Deerfield, IL 60015** | | - | | | | X | **Unknown** |
| Account No. **Oxford Bank & Trust 1111 W. 22nd Street, Suite 800 Oak Brook, IL 60523** | X | - | Promissory Note | | | | **873,250.00** |
| Account No. **Parkway Bank and Trust 4858 N. Milwaukee Avenue Chicago, IL 60630** | | - | Line of Credit | | | | **150,000.00** |
| Account No. **Parkway Bank and Trust 4858 N. Milwaukee Avenue Chicago, IL 60630** | | - | Demand Note | | | | **40,000.00** |
| Account No. **Parkway Bank and Trust 4858 N. Milwaukee Avenue Chicago, IL 60630** | X | - | Promissory Note | | | X | **200,742.00** |

Sheet no. __33__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,263,992.00**

B6F (Official Form 6F) (12/07) - Cont.

In re　**Bruce J. Teitelbaum** _____,　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Promissory Note | | | | |
| **Parkway Bank and Trust** **4858 N. Milwaukee Avenue** **Chicago, IL 60630** | X | - | | | | | | 4,184,457.00 |
| Account No. | | | | Promissory Note | | | | |
| **Parkway Bank and Trust** **4858 N. Milwaukee Avenue** **Chicago, IL 60630** | X | - | | | | | | 6,088,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **Parkway Bank and Trust** **4858 N. Milwaukee Avenue** **Chicago, IL 60630** | X | - | | | | | | 960,000.00 |
| Account No. | | | | Promissory Note | | | | |
| **Parkway Bank and Trust** **4858 N. Milwaukee Avenue** **Chicago, IL 60630** | X | - | | | | | | 5,924,476.00 |
| Account No. | | | | Promissory Note | | | | |
| **Parkway Bank and Trust** **4858 N. Milwaukee Avenue** **Chicago, IL 60630** | X | - | | | | | | 4,060,000.00 |

Sheet no. __34__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　21,216,933.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce J. Teitelbaum** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Promissory Note | | | | |
| Parkway Bank and Trust 4858 N. Milwaukee Avenue Chicago, IL 60630 | X | - | | | | | | 1,562,000.00 |
| Account No. | | | | Promissory Note | | | | |
| Phillip Kaufman 1432 Highland Dr. Lake Geneva, WI 53147 | X | - | | | | | | 500,000.00 |
| Account No. | | | | Promissory Note | | | | |
| Randall D. Israel 5834 W. Capulina Ave. Morton Grove, IL 60053 | | - | | | | | | 200,000.00 |
| Account No. | | | | Promissory Note | | | | |
| Randall D. Israel 5834 W. Capulina Ave. Morton Grove, IL 60053 | X | - | | | | | X | 200,000.00 |
| Account No. | | | | | | | | |
| Ridgebrook Office Northbrook, IL 1141-J Lake Cook Road Deerfield, IL 60015 | | - | | | | | X | Unknown |

Sheet no. __35__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 2,462,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                        ,        Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Riley Plaza Shopping Center, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Riverwoods Plaza I, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Rosewell Condominium Association** **1141-J Lake Cook Road** **Deerfield, IL 60015** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Promissory Note** | | | | |
| **Sherwin Shapiro Trust** **965 Villas Court** **Highland Park, IL 60035** | - | | | | | | | |
| | | | | | | | | **140,000.00** |
| Account No. | | | | **Promissory Note** | | | | |
| **Sherwin Shapiro Trust** **965 Villas Court** **Highland Park, IL 60035** | - | | | | | | | |
| | | | | | | | | **196,175.00** |

Sheet no. __**36**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**336,175.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce J. Teitelbaum**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Promissory Note | | | | |
| **State Bank of the Lakes** **440 Lake Street** **Antioch, IL 60002** | X | - | | | | | | 774,757.00 |
| Account No. | | | | Promissory Note | | | | |
| **Stewart Antelis** **P.O. Box 6472** **Evanston, IL 60204** | | - | | | | | | 333,333.00 |
| Account No. | | | | Promissory Note | | | | |
| **Stewart Antelis** **P.O. Box 6472** **Evanston, IL 60204** | X | - | | | | | | 125,000.00 |
| Account No. | | | | Note for Ridge | | | | |
| **The Private Bank** **70 W. Madison, Suite 200** **Chicago, IL 60602** | | - | | | | | | Unknown |
| Account No. | | | | Promissory Note | | | | |
| **The Private Bank** **70 W. Madison, Suite 200** **Chicago, IL 60602** | X | - | | | | | | 607,500.00 |

Sheet no. __37__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          1,840,590.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce J. Teitelbaum**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Promissory Note | | | | |
| **The Private Bank**<br>**70 W. Madison, Suite 200**<br>**Chicago, IL 60602** | X | - | | | | | | **7,200,000.00** |
| Account No. | | | | Promissory Note | | | | |
| **The Ron Hughes Revocable Trust**<br>**10N783 Newport Ct.**<br>**Elgin, IL 60123** | X | - | | | | | | **1,000,000.00** |
| Account No. | | | | | | | | |
| **Tramsam Plaza Investors, LLC**<br>**One Trans Am Plaza**<br>**Suite 120**<br>**Oakbrook Terrace, IL 60181** | | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Tramsam Plaza Vision, LLC**<br>**One Trans Am Plaza**<br>**Suite 120**<br>**Oakbrook Terrace, IL 60181** | | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Trans Am (Oakbrook Terrace), LLC**<br>**One Trans Am Plaza**<br>**Suite 120**<br>**Oakbrook Terrace, IL 60181** | | - | | | | | X | **Unknown** |

Sheet no. __38__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,200,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Note on 811 W. Evergreen | | | | |
| **Uptown National Bank of Chicago** **4753 N. Broadway** **Chicago, IL 60657** | X | - | | | | | | **1,350,000.00** |
| Account No. | | | | | | | | |
| **Vision A-H Group, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Vision Equity Group, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Vision Park Sheridan, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Vision Realty Capital, LLC** **1141-J Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | X | **Unknown** |

Sheet no. __39__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,350,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce J. Teitelbaum**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Waukesha BT, LLC 1141-J Lake Cook Road Deerfield, IL 60015** | | - | | | | | X | Unknown |
| Account No. **Wells Fargo Bank 733 Marquette Avenue, 10th Floor Minneapolis, MN 55402** | X | - | | Promissory Note | | | | 13,250,000.00 |
| Account No. **Wells Fargo Bank 733 Marquette Avenue, 10th Floor Minneapolis, MN 55402** | X | - | | Promissory Note | | | | 977,000.00 |
| Account No. **Wolin Rosen Kelter 55 W. Monroe St. Suite 3600 Chicago, IL 60603** | | - | | | | | | 12,000.00 |
| Account No. **Y&T I, LLC 1141-J Lake Cook Road Deerfield, IL 60015** | | - | | | | | X | Unknown |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 14,239,000.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 120,424,053.00 |

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bruce J. Teitelbaum** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Bruce J. Teitelbaum** | X  **/s/ Bruce J. Teitelbaum**          **April 30, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)          Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

.

1 Transam Plaza (Oakbrook Ter), LLC


10380 W. Silver Spring (Milw.) LLC


10380 W. Silver Springs (Milwaukee)
1141-J Lake Cook Road
Deerfield, IL 60015

11824 S.W. Highway (Palos Heights),
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181

1203-1227 W. Maple
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181

1409-15 East 71st Place, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

1450 Partners, LLC
400 Skokie Blvd.
Suite 405
Northbrook, IL 60062

1510 Garfield, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

1856 Sawyer, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

1950 West Devon, LLC
6160 N. Cicero
Chicago, IL 60646

21141 Governors Highway
One Trans Am Plaza
Oakbrook Terrace, IL 60181

215 Huffman, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


215 Huffman, LLC


2323 Golf Road Partners, LLC


2323 Golf Road, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


2323 Golf Road, LLC


240-260 Army Trail Road
1141-J Lake Cook Road
Deerfield, IL 60015


2623 Golf Road, LLC


3500 W. Grand (Chicago), LLC
1141-J Lake Cook Road
Deerfield, IL 60015


3500 W. Grand (Chicago), LLC


444 Wabash
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


5100 205 St., LLC


5100 205th St., LLC
1141-J Lake Cook Road
Deerfield, IL 60015

5400 Lovers Lane, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


5400-5426 N. Lovers Lane LLC
Milwaukee, WI


5840 S. King Drive, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


6350 North Hoyne, LLC
6160 N. Cicero
Chicago, IL 60646


6400 North Ridge, LLC
6160 N. Cicero
Chicago, IL 60646


6551 S. Ingelside, LLC


6551 S. Ingleside, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


7609 S. Essex, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


7609 S. Essex, LLC


811 W. Evergreen


956 N. Neltnor (West Chicago), LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Adam Panfil
4041 Picardy
Northbrook, IL 60062

Albany Bank & Trust
3400 West Lawrence Avenue
Chicago, IL 60625


Alva Milowitz
#3 Wildwood Drive
Tarrytown, NY 10591


American Express
P.O. Box 247018
Omaha, NE 68124


Arlington Atrium, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


B.T. Holdings II (Delaware), LLC
1141-J Lake Cook Road
Deerfield, IL 60015


B.T. Holdings, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


B.T. Riley (East Chicago), LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Bank Financial FSB
15W060 N. Frontage Road
Burr Ridge, IL 60527


Bank of America
135 S. LaSalle Street
Chicago, IL 60603


Belmont Bank & Trust
8250 W. Belmont Avenue
Chicago, IL 60634


BP
P.O. Box 70887
Charlotte, NC 28272

BT Holdings


BT Holdings, LLC


BT Riley (East Chicago), LLC


BTSL Holdings, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


BTSL Holdings, LLC


Burleigh (Milwaukee), LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Burleigh (Milwaukee), LLC


C&P Development, Inc.


c/o Millennium Properties
20 S. Clark St. #630
Chicago, IL 60603


Calimesa and Myrtlewood J.V., LLC


Chase (Mortgage)
P.O. Box 15153
Wilmington, DE 19886


Chase Perfect Card
P.O. Box 15153
Wilmington, DE 19886

Chase Southwest
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Southwest
Rapid Rewards, Chase Travel Plus
P.O. Box 15153
Wilmington, DE 19886


Circle Cross 1 & 2 Funding, LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Circle Cross 1 & 2 Joint Venture, L
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Craig C. Yale
2345 Cambridge
Northbrook, IL 60062


Craig C. Yale Rev. Trust


Craig Yale
1141-J Lake Cook Road
Deerfield, IL 60015


Craig Yale


Craig Yale
1141-G Lake Cook Road
Deerfield, IL 60015


Crapshooter, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

Daniel G. Dvorkin
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Daniel G. Dworkin


Daniel Hyman
732 Bronson
Highland Park, IL 60035


Daniel J. Hyman
c/o Milennium Properties
20 S. Clark Street, #630
Chicago, IL 60603


David Hurwith
121 Thayer Hill Road
Worthington, MA 01098


David S. Paul


David Springer
1335 South Prairie, Suite 1806
Chicago, IL 60605


Deerfield Funding Corpration
104 Wilmot Road, JS#1420
Deerfield, IL 60015


Deutsch Levy
225 W. Washington St., Suite 1700
Chicago, IL 60602


Douglas A. Colby
2031 Sheridan Road
Buffalo Grove, IL 60089


Douglas Colby
2031 Sheridan Road
Buffalo Grove, IL 60089

Drake Avenue Condominiums LLC


Drake Guarantee
1141-J Lake Cook Road
Deerfield, IL 60015


DTE Venture, LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Edward Colby
50 Lake Boulevard
Buffalo Grove, IL 60089


Edyth Shapiro Trust dtd 2-6-1997
965 Villas Court
Highland Park, IL 60035


Edythe Shapiro Trust
965 Villas Court
Highland Park, IL 60035


Edythe Shapiro Trust dtd 2-6-1997
965 Villas Court
Highland Park, IL 60035


Elgin Davis II, LLC
10N916 Highland Trail
Hampshire, IL 60140


Elliot Weiner


FGMK
2801 Lakeside Dr.
Third Floor
Bannockburn, IL 60015


Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
1701 W. Golf Road
Rolling Meadows, IL 60068


Founders Bank & Trust
5200 Cascade Road SE
Grand Rapids, MI 49546


Friends of the IDF
29 East Madison, Suite 802
Chicago, IL 60602


Gary W. Kass
3017 Margo Lane
Northbrook, IL 60062


Gerald L. Nudo
55 E. Jackson Blvd.
Chicago, IL 60604


Gerald Lee Nudo


GLN AZ, LLC


GMAC
P.O. Box 9001951
Louisville, KY 40290-1951


Gribenes, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Highland Lakes Office Building
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Hinsbrook Bank
718 Ogden Ave
Downers Grove, IL 60515

Hinsdale Bank & Trust
25 E. First St.
Hinsdale, IL 60521


Hometown Center I, LLC



Hometown Center, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Hydan Investments Defined Ben. Plan
20 S. Clark St., Suite 630
Chicago, IL 60603


I-V Harvard, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Ikon Financial Services
P.O. Box 650016
Dallas, TX 75265


Ingeborg R. Lowenstein Rev. Trust
11 Burton Hills, Apt. N 210
Nashville, TN 37215


Interra Petrosites (Series Wheeling
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra Smith Enke & Maricopa, LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra Vision (Cameron Park), LLC



Interra Vision (Grass Valley), LLC

Interra Vision (Santee), LLC


Interra Vision Development, LLC


Interra-Petrosites, LLC


Interra-Ventures, LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Baxter & 1-15 Wildo
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Bensenville IL) LLC


Interra-Vision (Bensenville, IL), L
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Calimesa & Myrtlewo
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Calimesa), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Calimesa), LLC


Interra-Vision (Cameron Park), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610

Interra-Vision (Cameron Park), LLC


Interra-Vision (Chandler, AZ), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Chandler, AZ), LLC


Interra-Vision (Cotton & Waddell),
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Dinuba, CA), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Grass Valley), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Lake Elsinore, CA),
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Lansing), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Lathrop, CA), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Lathrop, CA), LLC

Interra-Vision (Marion & Sierra, Ki
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Matteson, IL), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Milwaukee & Armitag
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Murietta Hot Spring
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Rancho Mirage, CA),
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Santee), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Santee), LLC


Interra-Vision (Santee-MG & Magnoli
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Sun Valley Parkway)
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610

Interra-Vision (Susanville, CA), LL
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Yorkville, IL), LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision (Yorkville, IL), LLC


Interra-Vision Circle Cross 1 & 2,
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision Circle Cross 1 (Pina
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision Circle Cross 1, LLC
Chandler, AZ


Interra-Vision Circle Cross 2 (Pina
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision Circle Cross 2, LLC
Pinal, AZ


Interra-Vision Commercial, LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision Development, LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610

Interra-Vision El Camino & Del Paso
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision El Camino & DelPaso


Interra-Vision Fresno,  LLC
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision Fresno, LLC


Interra-Vision Grass Valley, LLC


Interra-Vision Holdings, LLC (Vista
737 N. Michigan Ave.
Suite 1050
Chicago, IL 60610


Interra-Vision JVP, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Interra-Vision, LLC
(Santee-MG & Magnolia)


Interra-Vision, LLC
(Sun Valley Parkway)


Isaac Israel
9405 Merrill
Morton Grove, IL 60053


James Stengel


Jewish United Fund
30 South Wells Street
Chicago, IL 60606-5056

John Buckner


John H. Hurwith
3200 N. Lake Shore Drive, Suite 411
Chicago, IL 60657


John Hurwith Rev. Trust uta 2/4/05
3200 N. Lake Shore Drive, Suite 411
Chicago, IL 60657


Johnson Bank
3512 W. Sherwood Drive
Franklin, WI 53132


Jonathan F. Thoits, Esq.
5200 Cascade Rd. SE
Grand Rapids, MI 49546


Karyn Gitler
365 Blue Ash
Buffalo Grove, IL 60089


Kenn Pfalzer


Kenosha Road Crossing, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Kensington Office Center
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Lakeside Bank
55 W. Wacker Drive
Chicago, IL 60601


Lawrence H. Weiner

Lawrence H. Weiner
55 E. Jackson Blvd.
Chicago, IL 60604


Lawrence K. Horberg Irrev. Ins. Tr
Debra W. Horberg, Trustee
9200 Keystone Avenue
Skokie, IL 60076


Lawrence K. Horberg Rev. Ins. Trust
Debra Horberg
9200 Keystone Avenue
Skokie, IL 60076


LDC, Inc.
1141-J Lake Cook Road
Deerfield, IL 60015


Levenfeld Pearlstein
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602


LHW AZ, LLC


Lincoln Petersen Dev. Associates


Lincoln Peterson Development Associ
1141-J Lake Cook Road
Deerfield, IL 60015


Lincoln-Peterson Dev Associates LLC


LNR Portfolio, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


LNR Portfolio, LLC

Lon and Karyn Gitler
365 Blue Ash
Buffalo Grove, IL 60089


Lynwood Land Company, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Madison Development Group, LLC



Main Street Building
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Mallard's Landing of Caledonia, LLC



Mallards landing of Calendonia, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Marc Sun Valley, LLC



Mark Malen
3910 N. Paulina
Chicago, IL 60613


Matteson, LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Matteson, LLC



MB Financial
PO Box 6261
Chicago, IL 60681-6261

McKay Tower, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Mettawa Homes, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Mettawa Homes, LLC


Michael Bentcover
410 Crabtree
Arlington Heights, IL 60004


Michael Lee Freeman
P.O. Box 6472
Evanston, IL 60204


Midfirst Bank
3030 Camelback Road
Phoenix, AZ


Midwest Bank & Trust Company
1545 Ellinwood Avenue
Des Plaines, IL 60016


Nine Ten Himan, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Nine Ten, LLC


North Shore Community Bank
1145 Wilmette Avenue
Wilmette, IL 60091


Northgate Plaza (Aurora), LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181

NorthSide Community Bank
205 W. Wacker Dr.
134 N. LaSalle St., Suite 2100
Chicago, IL 60606


Oak Creek Oasis, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Oak Creek Oasis, LLC



Oxford Bank & Trust
1111 W. 22nd Street, Suite 800
Oak Brook, IL 60523


Parkway Bank and Trust
4858 N. Milwaukee Avenue
Chicago, IL 60630


Philip Gold
1669 Berkley Court
Deerfield, IL 60015


Phillip Kaufman
1432 Highland Dr.
Lake Geneva, WI 53147


Porsche Financial
4343 Commerce Court
Lisle, IL 60532-3616


Randall D. Israel
5834 W. Capulina Ave.
Morton Grove, IL 60053


Ridgebrook Office Northbrook, IL
1141-J Lake Cook Road
Deerfield, IL 60015


Riley Plaza Shopping Center, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

Riley Plaza Shopping Center, LLC


Riverwoods Plaza I, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Riverwoods Plaza I, LLC


Rosewell Condominium Association
1141-J Lake Cook Road
Deerfield, IL 60015


Sherwin Shapiro Trust
965 Villas Court
Highland Park, IL 60035


State Bank of the Lakes
440 Lake Street
Antioch, IL 60002


Steven Libert


Stewart Antelis
P.O. Box 6472
Evanston, IL 60204


The Private Bank
70 W. Madison, Suite 200
Chicago, IL 60602


The Ron Hughes Revocable Trust
10N783 Newport Ct.
Elgin, IL 60123


Tom Gamsjaeger


Tom Gamsjaeger
1921 N. Winchester Avenue
Chicago, IL 60657

Tom Gansjaeger


Tom Garnsjaeger


Tramsam Plaza Investors, LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Tramsam Plaza Vision, LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Trans Am (Oakbrook Terrace), LLC
One Trans Am Plaza
Suite 120
Oakbrook Terrace, IL 60181


Uptown National Bank of Chicago
4753 N. Broadway
Chicago, IL 60657


Vision A-H Group, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Vision Equity Group, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Vision Equity Group, LLC


Vision Park Sheridan, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Vision Realty Capital, LLC
1141-J Lake Cook Road
Deerfield, IL 60015

Vision Realty Capital, LLC


Vision Realty Partners, Ltd.


Waukesha BT, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Wells Fargo Bank
733 Marquette Avenue, 10th Floor
Minneapolis, MN 55402


Wolin Rosen Kelter
55 W. Monroe St.
Suite 3600
Chicago, IL 60603


Y&T I, LLC
1141-J Lake Cook Road
Deerfield, IL 60015


Y&T I, LLC