UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **TEITELBAUM, BRUCE J.** | ) Bankruptcy Case No. 10-19651 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

TEITELBAUM, BRUCE J.
561 BRIERHILL ROAD
DEERFIELD, IL 60015

Ariel Weisberg
Via Courts Electronic Noticing
,

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Arnstein & Lehr LLP
Via Courts Electronic Noticing


Arnstein & Lehr LLP
Via Courts Electronic Noticing

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

POPOWCER  KATTEN, LTD.
35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, IL 60601

| | |
|---|---|
| 1 | Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602 |
| 2 | Bankfinancial FSB
Francis J Pendergast III,C/O Crowley &
350 N Lasalle Street suite 900
Chicago, IL 60654 |
| 3 | NorthSide Community Bank
c/o Jamie Ross
134 N. LaSalle St., Suite 2100
Chicago, IL 60606 |
| 4 | Stewart Antelis
1213 Eaton Ct
Highland Park, IL 60035 |
| 5 | Daniel J. Hyman
c/o Hydan Investments
20 S. Clark Street, #630
Chicago, IL 60603 |
| 6 | David Springer
1335 South Prairie, Suite 1806
Chicago, IL 60605 |
| 7 | Debra Horberg, individually and as Trustee of the
Lawrence K. Horberg Irrevocable Insuranc
9200 Keystone
Skokie, IL 60076 |

| | |
|---|---|
| 8 | Alba LoanCo III-A, LLC<br>C/O Capital Crossing Serving Company LLC<br>101 Summer Street<br>Boston, MA 02110 |
| 9 -2 | Wells Fargo Bank, National Association<br>GoodSmith Gregg & Unruh LLp,c/o Kenneth<br>S GoodSmith,150 S Wacker Drive, Suite 31<br>Chicago, IL 60606 |
| 10 | Mark Malen<br>3910 N. Paulina<br>Chicago, IL 60613 |
| 11 | Marquette Bank<br>David S Adduce / Kelly, Olson, Michod,<br>Via Courts Electronic Noticing |
| 12 | FirstMerit Bank, N.A., successor to Midwest Bank a<br>c/o Andrew Eres ,Stahl Cowen Crowley<br>Addis LLC,<br>55 W. Monroe, Suite 1200<br>Chicago, IL 60603 |
| 13 | Alva Milowitz<br>3 Wyldwood Drive<br>Tarrytown, NY 10591 |
| 14 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 15 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 |
| 16 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |

| | |
|---|---|
| 17 | Michael Bentcover<br>910 E Crabtree Dr<br>Arlington Heights, IL 60004 |
| 18 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 19 | Bank of America, N.A.<br>c/o William J. Barrett,Barack<br>Ferrazzano Kirschbaum & Nagelberg,<br>200 West Madison Street, Suite 3900<br> Chicago, IL 60606 |
| 20 | Michael Lee Freeman<br>7050 E Sunrise Dr #8206<br>Tucson, AZ 85750 |
| 21 | Edward Colby<br>JOSEPH E. COHEN<br>105 W. MADISON ST., SUITE 1100<br>CHICAGO, IL 60602 |
| 22 | Douglas Colby<br>JOSEPH E. COHEN<br>105 W. MADISON ST., SUITE 1100<br>CHICAGO, IL 60602 |
| 23 | Founders Bank & Trust<br>PO Box 1828<br>Grand Rapids, MI 49501-1828 |
| 24 | North Shore Community Bank<br>c/o Christopher Swieca,Wintrust Financial Corp,<br>8700 W Higgins Road, Suit<br>Rosemont, IL 60018 |
| 25 | Albany Bank & Trust<br>Jeffrey W Finke Atty<br>55 West Wacker Drive, Suite 1400<br>Chicago, IL 60601-1799 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402