UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-19651 |
| | ) | |
| BRUCE J. TEITELBAUM | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF** ~~SAUL EWING ARNSTEIN & LEHR LLP~~ **AS COUNSEL TO THE CHAPTER 7 TRUSTEE** [handwritten: Robert McKenzie]

This matter coming to be heard on the Sixth and Final Application (the "Application") for Allowance of Fees and Reimbursement of Costs of Saul Ewing Arnstein & Lehr LLP ("SEA&L") as Counsel to the Chapter 7 Trustee (the "Trustee"); notice of the Application being proper; the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. ~~SEA&L~~ [handwritten: Robert McKenzie] is allowed and awarded compensation in the amount of $7,328.50 and reimbursement of expenses in the amount of $97.94 for services rendered to the Trustee during the period from November 1, 2015 to and including April 30, 2017;

2. ~~SEA&L~~ [handwritten: Robert McKenzie] is allowed on a final basis compensation in the amount of $89,176.00 for services rendered to the Trustee from July 1, 2011 to and including April 20, 2017 and reimbursement of expenses in the amount of $1,765.42 incurred in connection with such services; and

3. The Trustee is authorized to pay ~~SEA&L~~ [handwritten: Robert McKenzie] all allowed compensation and expense reimbursements to the extent such amounts have not already been paid.

Enter:

Dated: MAY 0 4 2018

United States Bankruptcy Judge

**Prepared by:**
Kevin H. Morse
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: 312-876-7100
Fax: 312-876-0288

Rev: 20120209_bko