UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Bruce Teitelbaum<br><br>Debtor(s) | BK No.:  10-19651<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County |

### ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LOIS WEST & POPOWCER KATTEN, LTD. ACCOUNTANTS FOR THE TRUSTEE

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Lois West and Popowcer Katten, Ltd., accountants for the Trustee, seeking $8,206.00 as final compensation for 33.00 hours of accounting services rendered and reimbursement of expenses in the amount of $.00, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Lois West and Popowcer Katten, Ltd., accountants for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of $8,206.00 as final compensation for 33.00 hours of accounting services rendered to the Trustee .

Enter:

Dated: MAY 0 4 2018

United States Bankruptcy Judge

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

Rev: 20151029_bko