UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bruce Teitelbaum<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   10-19651<br><br>Chapter:  7<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED, ATTORNEYS FOR THE TRUSTEE

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of the Law Offices of Ilene F. Goldstein, Chartered Attorneys for the Trustee, the Trustee having filed an application seeking $26,630.00 in fees and $756.60 in expenses, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Law Offices of Ilene F. Goldstein, Chartered is hereby awarded and the Trustee is directed to pay final compensation in the amount of $26,630.00 for the actual, necessary and valuable professional services rendered to the Trustee and $756.60 in expenses.

Enter:

MAY 0 4 2018

Dated:

United States Bankruptcy Judge

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

Rev: 20151029_bko